UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA



FILED
March 28, 2024
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JACOB LYFORD<br><br>　　　　　Defendant. | Case No.  2:24-mj-0040 CKD<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>JACOB LYFORD</u> Case No. <u>2:24-mj-0040 CKD</u>  Charges <u>21 USC § 846</u> from custody for the following reasons:

　　　____   Release on Personal Recognizance

　　　____   Bail Posted in the Sum of $ _____

　　　_x_   Unsecured Appearance Bond $   $25,000.00

　　　____   Appearance Bond with 10% Deposit

　　　____   Appearance Bond with Surety

　　　____   Corporate Surety Bail Bond

　　　____   (Other):$25,000 unsecured bond co-signed by Brie Hall.  Defendant is to be released on March 28, 2024.

Issued at Sacramento, California on March 28, 2024 at 2:14 PM


　　　　　　　　　　　　　　By:　/s/ Carolyn K. Delaney

　　　　　　　　　　　　　　　　Chief Magistrate Judge Carolyn K. Delaney